UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RICHARD ALLEN II,  )
     Plaintiff,  )
)
v.  ) No. 3:08mc0038
) **JUDGE HAYNES**
CHEATHAM COUNTY JAIL,  )
)
     Defendant.  )

## O R D E R

The Court entered an Order on February 19, 2008, directing Plaintiff to correct the following two defects with his application to proceed *in forma pauperis*: 1) to have his application to proceed *in forma pauperis* signed and notarized by the custodian of his inmate trust fund account; and 2) to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the date that he received the Court's Order. (Docket Entry No. 2)

Plaintiff timely returned his properly signed and notarized application to proceed *in forma pauperis*. Plaintiff did not, however, submit the six-month statement which is required under 28 U.S.C. § 1915(a)(2). In a letter dated February 22, 2008, Plaintiff asks the Court whether "this made it okay," an apparent reference to his application to proceed *in forma pauperis*. (Docket Entry No. 5) The Court infers from Plaintiff's letter that he is of the opinion that he has been fully responsive to the Court's February 19 Order.

Plaintiff has not been fully responsive to the Court's February 19 Order. However, because Plaintiff responded to the Court's February 19 Order within the time frame specified, the Court liberally construes his response to include a request for a thirty (30) day extension of time to submit the required six-month statement of his inmate trust fund account. Plaintiff's request for an extension of time is **GRANTED**.

Plaintiff shall submit a <u>certified</u> copy of his inmate trust fund account statement for the six-

month period immediately preceding the date he receives this Order not later than thirty (30) days from the date of entry of this Order. Plaintiff is forewarned that the Court's admonitions in its earlier Order remain in effect. Plaintiff is further forewarned that no further extensions of time will be granted. *See McGore v. Wrigglesworth*, 114 F.3d 601, 609 (6th Cir. 1999).

It is so **ORDERED**.

**ENTERED** this the _28th_ day of February, 2008.

William J. Haynes, Jr.
United States District Judge